**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **FRANK NELLOM,** | : | **CIVIL ACTION** |
| **Petitioner** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **FREDERICK J. STOLLSTMEIR, et al.,** | : | |
| **Respondents.** | : | **NO. 21-2835** |

**<u>ORDER</u>**

**NOW**, this **9th day** of **February 2026**, upon review of the docket and consideration of Petitioner Frank Nellom's Petitions for Writ of *Habeas Corpus* (ECF Nos. 31 & 41), Petitioner's Motion for Judgment (ECF No. 64), Respondents' Response to Petition for Writ of *Habeas Corpus* (ECF No. 63), the Report and Recommendation filed by United States Magistrate Judge Wells (ECF No. 65), Petitioner's Objection to the Report and Recommendation (ECF No. 66), and after a thorough and independent review of the record, it is **ORDERED** that:

1. The petitioner's objection is **OVERRULED**.

2. The Report and Recommendation of Magistrate Judge Wells (ECF No. 65) is **APPROVED** and **ADOPTED**.

3. The Petitions for Writ of *Habeas Corpus* (ECF Nos. 31 & 41) are **DISMISSED**, for lack of jurisdiction.

4. Petitioner's Motion for Judgment (ECF No. 64) is **DENIED.**

5. No certificate of appealability will issue because the petitioner has not made a substantial showing of the denial of a constitutional right under 28 U.S.C. § 2253(c)(2).

**BY THE COURT:**

**/s/ Chad F. Kenney**

**CHAD F. KENNEY, JUDGE**